UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Liberty Mutual Fire Insurance Company, and Certain Underwriters at Lloyd's of London, f/k/a NationsCredit Commercial Corporation, Inc.

Plaintiff,

vs.

ORDER OF RECUSAL

Minnesota Power, Inc.,

Defendant.

Civ. No. 01-654(JRT/RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 26th day of April, 2001.

* * *

In accordance with the provisions of Title 28 U.S.C. §455(a), the undersigned hereby recuses himself in this matter, and the file is transferred to Chief United States Magistrate Judge Franklin L. Noel for such reassignment as is deemed proper.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

FILED APR 26 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Pursuant to a recusal by the Magistrate on this case, the case has now been reassigned to Magistrate Judge Arthur J. Boylan.

NEW CASE NUMBER CIVIL 01-654 JRT/AJB

Use this case number for all further filings.