Rcpt # 500
112734

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 708 Federal Building,
316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** 01 CV 654 JRT/AJB **Case Title:** Liberty Mutual, et al v. Minnesota Power, Inc.

**Affidavit of Movant**

I, David M. Johnson, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Bruce H. Rogers, an attorney admitted to practice in the Northern District of Texas, but not admitted to the bar of this court, who will be counsel for the (X)plaintiff ( )defendant ______ in the case(s) listed above. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed above, and that I accept service of all papers served.

Signature: [signature]
MN Attorney License #: 229568
Date: 6/25/01

**Affidavit of Proposed Admittee**

I, Bruce H. Rogers, am currently a member in good standing of the U.S. District Court for the Northern District of Texas, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Type/Print Name: Bruce H. Rogers
Signature: [signature]
Date: 6/25/01

Attorney License Number: 00791560

Firm Name & Address: Brown, Herman, Dean, W, L&H
306 W 7th, Suite 200
Fort Worth, TX 76102

Telephone: 817) 332-1391

Motion Granted: [signature] Francis E. Dosal
For the Court: Francis E. Dosal, Clerk

Date: JUN 27 2001

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

6/99

FILED JUN 27 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______