# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# DULUTH DIVISION

| | | |
|---|---|---|
| **Liberty Mutual Fire Insurance Company and Certain Underwriters at Lloyd's in London as subrogees of Banc of America Commercial Finance Corporation, f/k/a NationsCredit Commercial Corporation** | § | **NOTICE, CONSENT AND ORDER OF REFERENCE- EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE** |
| **v.** | § | **Court File No. 01 CV 654** JRT/AJB |
| **Minnesota Power** | § | |

## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

In accordance with the provisions of 28 U.S.C. 636(c), and Fed.R.Civ.P. 73, you are hereby notified that a United States magistrate judge of this district court is available to conduct any or all proceedings in this case including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent.

You may, without adverse substantive consequences withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

## CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. 636(c) and Fed.R.Civ.P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, order and entry of a final judgment, and conduct all post-judgment proceedings.

FILED JUL 2 5 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

| Signature | Party Represented | Date |
| --- | --- | --- |
| | Defendant, Minnesota Power | July 16, 2001 |
| | Plaintiffs | July 18, 2001 |
| | | July ___, 2001 |
| | | July ___, 2001 |

ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to Arthur J. Boylan, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. 636(c), Fed.R.Civ.P. 73 and the foregoing consent of the parties.

7/21/2001
Date

United States District Judge