UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

LIBERTY MUTUAL FIRE INSURANCE COMPANY, ET AL.,

Plaintiffs,

v.

MINNESOTA POWER, INC.,

Defendant.

Civil File No. 01-654 AJB

**AMENDED**
NOTICE OF ASSIGNMENT OF CASE FOR TRIAL

A final pretrial conference will be held with trial counsel on April 1, 2003 at 9:00 a.m., pursuant to the provisions of Rule 16(d) of the Federal Rules of Civil Procedure. **Said pretrial will be held telephonically. Plaintiff shall initiate the call and have all parties on the line when calling (651) 848-1210.**

The above matter is set for trial as a day certain, to commence at **10:00 a.m.** on April 7, 2003 through April 10, 2003, **in Courtroom No. 1, 515 West First Street, Duluth, MN 55802-1397.** On or before March 24, 2003, the following shall be filed:

1. All materials required to be filed by the Federal Rules of Civil Procedure and the Local Rules of this Court;
2. All motions in limine; and
3. A trial memorandum setting forth the facts which each party expects to prove, the legal and factual issues to be resolved, and the controlling legal authority; evidentiary issues and applicable legal authorities; and the estimated time required for the entire trial, including jury selection, jury charge and final arguments.

Dated: February 13, 2003

ARTHUR J. BOYLAN
United States Magistrate Judge

FEB 13 2003