UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

LIBERTY MUTUAL FIRE
NSURANCE COMPANY, ET AL.,

Plaintiffs,

Civil No. 01-654 AJB

vs

**ORDER OF DISMISSAL**

MINNESOTA POWER,

Defendant.

The Court having been advised that the above action has been settled, the parties needing additional time to finalize a settlement agreement,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retains jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: August 27, 2003.

ArthurJ. Boylan
U.S. Magistrate Judge

FILED AUG 27 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK